## UNITED STATES of America, Plaintiff–Appellee

v.

## Yorlli Gonzalo FELIX–JAQUEZ, Defendant–Appellant.

No. 14–40421

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 3, 2015.

John Richard Berry, Assistant U.S. Attorney, Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Derly Joel Uribe, Law Offices of Francisco J. Saldana, Jr., Laredo, TX, for Defendant–Appellant.

Yorlli Gonzalo Felix–Jaquez, Yazoo City, MS, pro se.

Before SMITH, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM: *

Yorlli Gonzalo Felix–Jaquez appeals the 46–month within-guidelines sentence imposed in connection with his conviction for illegal reentry after deportation. Felix–Jaquez argues that the district court plainly erred in imposing the 16–level enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(i) based on his prior Delaware felony conviction for drug dealing. He contends that the statute criminalizing the offense does not require proof of remuneration and that, therefore, the conviction does not constitute a drug trafficking offense within the meaning of § 2L1.2.

Felix–Jaquez's argument is foreclosed by *United States v. Martinez–Lugo,* 782 F.3d 198, 204–05 (5th Cir.2015) *petition for cert. filed* (June 19, 2015) (No. 14–10355). In *Martinez–Lugo,* 782 F.3d at 204–05, we held that an enhancement under § 2L1.2(b)(1)(A)(i) for a prior conviction of a drug trafficking offense is warranted regardless of whether the conviction for

---

**212**

the prior offense required proof of remuneration.

The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under